JOHN J. CLAUCY, AUGUST BUCHBOLZ, MICHAEL KILLEEN
AND JOHN BUNES

*v.*

·THE STATE OF ILLINOIS.

*Opinion filed December 30, 1898.*

PRACTICE—*rules of procedure of Commission must be followed.*
Failure to comply with the rules of Commission providing for filing
of claim will support motion to dismiss.

The claimants in this case have failed to file a claim
as required by Sec. 4 of the act creating this Commission and prescribing its powers and duties.

The Attorney General on the 2d day of August, A. D.
1898, filed his motion in the office of the Auditor to dismiss the same, there being nothing but a copy of a bill
introduced in the House of the 40th General Assembly.

It is therefore ordered by the Commission that said
bill be stricken from the files and that this claim be
dismissed.